**2004–0504.   State v. LaMar.**
Lawrence App. No. 95CA31. On motion for relief pursuant to S.Ct.Prac.R. 4.01. Motion denied.

**2014–0120.   State v. Moore.**
Mahoning App. No. 08 MA 20. On motion to stay. Motion granted.
   O'CONNOR, C.J., and FRENCH, J., dissent.

**2016–1335.   State ex rel. Stegall v. Stephens.**
Butler App. No. CA2016–06–109. On motion for relief from judgment. Motion denied.

**2017–0026.   State v. Vigil.**
Cuyahoga App. No. 103940, 2016-Ohio-7485. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.
   O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2017–0033.   State v. Phillips.**
Allen App. No. 1–15–43, 2016-Ohio-3105. On motion for leave to file delayed appeal. Motion denied.

**2017–0041.   State v. Jabbaar.**
Cuyahoga App. No. 104922. On motion for leave to file delayed appeal. Motion denied.

**2017–0042.   State v. Gaines.**
Trumbull App. No. 2015–T–0061, 2016-Ohio-1312. On motion for leave to file delayed appeal. Motion denied.

**2017–0060.   State v. Whatley.**
Hamilton App. No. C–150471, 2016-Ohio-5713. On motion for leave to file delayed appeal. Motion denied.
   O'NEILL, J., dissents.
   FISCHER and DEWINE, JJ., not participating.

**2017–0066.   State v. Rice.**
Brown App. No. CA2016–03–005, 2016-Ohio-7185. On motion for leave to file delayed appeal. Motion denied.
   KENNEDY, J., dissents.

**2017–0067.   State v. Suggs.**
Summit App. Nos. 27812, 27865, and 27866, 2016-Ohio-5692. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.
   O'DONNELL and DEWINE, JJ., dissent.
   O'CONNOR, C.J., not participating.

**2017–0074.   State v. Cargill.**
Cuyahoga App. No. 103902, 2016-Ohio-5932. On motion for leave to file delayed appeal. Motion denied.

**2017–0077.   State v. Young.**
Cuyahoga App. No. 103551, 2016-Ohio-7477. On motion for leave to file delayed appeal. Motion denied.

**2017–0086.   State v. Romeo.**
Mahoning App. No. 14 MA 0060, 2016-Ohio-5657. On motion for leave to file delayed appeal. Motion denied.

**2017–0089.   State v. Wine.**
Guernsey App. No. 16CA12. On motion for leave to file delayed appeal. Motion denied.

**2017–0101.   State v. Workman.**
Auglaize App. No. 2–16–03. On motion for leave to file delayed appeal. Motion denied.